IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOUGLAS E. MITTELSTADT,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

16-cv-169-jdp

ED WALL, DR. HAKES,
JESSICA FOWLER, SAMANTHA LAUE,
LORI ESSER, J. BENZEL,
UNKNOWN JOHN DOE,
LIZZIE TEGELS and MISTER THOMAS,

    Defendants.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying plaintiff leave to proceed and dismissing this case for failure to state a claim upon which relief may be granted.

| /s/ | 10/5/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |